UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFORDABLE ROOFING, INC., ) | Civil No. 06cv2492-BEN (BLM) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOLLOWING EARLY NEUTRAL** |
| v. ) | **EVALUATION CONFERENCE, SETTING** |
| ) | **RULE 26 COMPLIANCE AND NOTICE** |
| BROOKS DUNLAP, et al., ) | **OF CASE MANAGEMENT CONFERENCE** |
| ) | |
| Defendants. ) | |

On February 21, 2007 at 1:30 p.m. the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Dennis Atchley, Esq. and James Merrill on behalf of plaintiff and Charles Fougeron, Esq., Brooks Dunlap, and April Dunlap on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections

1  to initial disclosure will be resolved as required by Rule 26;

2      2.   The Rule 26(f) conference shall be completed on or
3  before **March 7, 2007**;

4      3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
5  Judge Barbara L. Major on or before **March 14, 2007**;

6      4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
7  occur on or before **March 21, 2007**; and,

8      5.   A Case Management Conference pursuant to Rule 16(b)
9  shall be held on **March 28, 2007** at **1:30 p.m.**, or as soon thereafter
10 as the Court's calendar will allow, with the chambers of Magistrate
11 Judge Major.  **Counsel shall appear telephonically.**  The Court will
12 initiate the conference call.

13     Parties are hereby warned that failure to comply with this
14 Order may result in the imposition of sanctions.  Additionally,
15 failure to respond to discovery requests or to comply with the
16 Federal Rules of Civil Procedure regarding discovery may result in
17 the imposition of sanctions including monetary sanctions,
18 evidentiary sanctions and the dismissal or default of your case.

19     **IT IS SO ORDERED.**

20 DATED:  February 22, 2007

22                BARBARA L. MAJOR
                United States Magistrate Judge

25 COPY TO:

26 HONORABLE ROGER T. BENITEZ
   UNITED STATES DISTRICT JUDGE
27
   ALL COUNSEL AND PARTIES
28