UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFORDABLE ROOFING INC., | ) Case No. 06cv2492-BEN (BLM) |
| Plaintiff, | ) **ORDER VACATING MANDATORY** |
| v. | ) **SETTLEMENT CONFERENCE** |
| BROOKS DUNLAP, et al., | ) |
| Defendants. | ) |

In light of the Joint Motion Confirming Complete Settlement of the Case filed by the parties, the Mandatory Settlement Conference scheduled for <u>June 12, 2007</u> at <u>1:30 p.m.</u> is hereby vacated.

**IT IS SO ORDERED.**

DATED: June 8, 2007

*Barbara F. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL