FILED

2007 AUG 31  AM 10: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____*CP*_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFORDABLE ROOFING, INC., | CASE NO. 06cv2492 |
| Plaintiff, | ORDER [D.E. # 15, 18] |
| vs. | |
| BROOKS DUNLAP, et al., | |
| Defendants. | |

Pursuant to the joint motions submitted by the parties, this case is **DISMISSED WITH PREJUDICE.**  Each side is to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: 8/31/07

ROGER T. BENITEZ
United States District Judge

06cv2492